

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

| | |
|---|---|
| 1 | STEVEN W. MYHRE |
| | Nevada Bar No. 9635 |
| 2 | Acting United States Attorney |
| | PHILLIP N. SMITH, JR. |
| 3 | Nevada Bar No. 10233 |
| | Assistant United States Attorney |
| 4 | 501 Las Vegas Boulevard South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| 5 | (702) 388-6503 / Fax: (702) 388-5087 |
| | phillip.smith@usdoj.gov |
| 6 | |
| 7 | Counsel for the United States |

FILED
2017 OCT -5 PM 1:03
U.S. MAGISTRATE JUDGE
BY_____

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | Magistrate No. 2:17-mj-00965-VCF |
|---|---|
| Plaintiff, | **MOTION TO SEAL** |
| vs. | **(FILED UNDER SEAL)** |
| SHAQUILLA STAFFORD, aka Shaquilla Brown, | |
| Defendant. | |

COMES NOW the United States of America, by and through STEVEN W. MYHRE, Acting United States Attorney, and PHILLIP N. SMITH, JR., Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint in the above captioned matter.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation.

///

///

1

The Government submits that disclosure of the information might possibly jeopardize the investigation. The Government submits that its right to secrecy far outweighs the public's right to know.

DATED: October 5, 2017

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

/s/ Phillip N. Smith, Jr.
PHILLIP N. SMITH, JR.
Assistant United States Attorney

FILED

2017 OCT -5 PM 1:03

U.S. MAGISTRATE JUDGE

BY_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHAQUILLA STAFFORD, aka<br>Shaquilla Brown,<br><br>    Defendant. | Magistrate No. 2:17-mj-00965-VCF<br><br>**ORDER TO SEAL**<br><br>**(Filed Under Seal)** |

Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint be sealed.

DATED this 5TH day of October, 2017.

_____
United States Magistrate Judge